IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MOTOWN RECORD COMPANY, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv273-MEF |
| | ) | [WO] |
| DEMARK LIGGINS, | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the plaintiff's Motion to Compel Initial Disclosures, filed on 25 January 2006 (Doc. # 25), is GRANTED. The court requires that movants who file discovery certify that they have made good faith efforts to secure resolution of the discovery dispute before filing a motion. In the instant case, the defendant has ignored or rejected the plaintiff's reasonable attempts to contact him. He has failed to respond to written correspondence, and he has failed to return telephone calls.

Accordingly, it is further ORDERED as follows:

1. On or before 3 February 2006, the defendant shall serve upon or provide to the plaintiff's lawyer his initial disclosures. The plaintiff is specifically directed to make copies of his initial disclosures and deliver them to the defendant's lawyer's offices or mail them in time for the lawyer's receipt by 3 February 2006.

2. On or before 6 February 2006, the plaintiff shall file with the Clerk of the court

a Notice of Compliance with this order, setting forth the defendant's compliance or non-compliance with this order.

3. The defendant is CAUTIONED that his failure to obey the directives in this order will lead to the court's imposition of monetary sanctions against him.

DONE this 27th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE